Fourth Court of Appeals
Office of the Clerk
300 Dolorosa, Suite 1200
San Antonio, Texas 78205-3037

IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
FILED
2015 JUL -2 AM 11:01
KEITH E. HOTTLE, CLERK

June 25, 2015

Re: Benavides v. Bennett — 04-15-00288-CV

Dear Clerk,

I am responding to your letter dated June 16, 2015, Advising the electronic Reporter's Record has been filed. I am in prison and Asking that I be sent a copy of the Record to prepare the brief, I will return the electronic Reporter's Record upon completion. Please Advise.

Thanking you in Advance for your Assistance in this matter.

Sincerely,

Eduardo Benavides

EDUARDO BENAVIDES
8900 B-132
LSCI Butner Low
P.O. Box 999
Butner, NC 27509

FILE COPY



# COURT OF APPEALS

| | FOURTH COURT OF APPEALS DISTRICT | KEITH E. HOTTLE |
|---|---|---|
| SANDEE BRYAN MARION | CADENA-REEVES JUSTICE CENTER | CLERK OF COURT |
| CHIEF JUSTICE | 300 DOLOROSA, SUITE 3200 | |
| KAREN ANGELINI | SAN ANTONIO, TEXAS 78205-3037 | |
| MARIALYN BARNARD | WWW.TXCOURTS.GOV/4THCOA.ASPX | TELEPHONE |
| REBECA C. MARTINEZ | | (210) 335-2635 |
| PATRICIA O. ALVAREZ | | |
| LUZ ELENA D. CHAPA | | FACSIMILE NO. |
| JASON PULLIAM | | (210) 335-2762 |
| JUSTICES | | |

June 16, 2015

Patricia Jay
Bandoske, Augustine, Marvel, PLLC
3107 Broadway
San Antonio, TX 78209
* DELIVERED VIA E-MAIL *

Rudy Raul Wattiez
Law Office of Rudy Wattiez
2118 N Main, Suite 102
San Antonio, TX 78212
* DELIVERED VIA E-MAIL *

Eduardo Benavides
89008-132
LSCI Butner-Low
P.O. Box 999
Butner, NC 27509

RE:    Court of Appeals Number:    04-15-00288-CV
       Trial Court Case Number:    2012-CI-16084
       Style:  Eduardo Benavides
               v.
               Julian Bennett

The electronic reporter's record consisting of 1 volume in the above styled and numbered cause has this date been filed.

Very truly yours,
KEITH E. HOTTLE, CLERK

Cecilia Barbosa
Deputy Clerk, Ext. 5-3221

cc: Donna Kay McKinney (DELIVERED VIA E-MAIL)
Craig Carter (DELIVERED VIA E-MAIL)
Rhonda L. Hogan (DELIVERED VIA E-MAIL)

U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| TO: (Name and Title of Staff Member) Supervisor of Education | DATE: June 23, 2015 |
|---|---|
| FROM: EDUARDO BENAVIDES | REGISTER NO.: 89008-132 |
| WORK ASSIGNMENT: | UNIT: |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary. Your failure to be specific may result in no action being taken. If necessary, you will be interviewed in order to successfully respond to your request.

Re: Benavides v. Bennett, No. 04-15-00288-CV

Attached is notice that the electronic Reporter's Record has been filed in the above Reference Appeal. I have 30 days to file the Appeal which requires I review and copy of the documents that will be filed on appeal. To that end, I request access to computer to review and print what will be needed, or that the entire record be printed so I can then select the documents that will be filed in the appellate court. Please advise —

(Do not write below this line)

DISPOSITION:

Program Statement 1315.07, section 10j states, "With consideration of the needs of other inmates and the availability of staff and other resources, the Warden shall provide an inmate confined in disciplinary segregation or administration detention a means of access to legal materials, along with an opportunity to prepare legal documents. The Warden shall allow an inmate in segregation or detention a reasonable amount of personal legal materials."

Section 7g of the same program statement declares that copying equipment may be made available to reproduce materials needed for research outside the library area. When this is done, procedures should be established for an inmate to request a reasonable amount of reproduced material.

| Signature Staff Member | Date 6/24/15 |
|---|---|

Record Copy — File Copy — Inmate

PDF                          Prescribed by P5511

EDUARDO BENAVIDES

Name:
Federal Medical Center
P.O. Box 1600
Butner, NC 27509

Number: 89008-132

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 JUL -2 AM11: 01

KEITH E. HOTTLE, CLERK

MAIL

Fourth Court of Appeals
Office of the Clerk
300 Dolorosa, Suite 1200
San Antonio, Texas 78205-3037

BENAVIDEZ NO. 275
Research Triangle Region
29 JUN 2015 PM 4 L